**Order entered July 7, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00250-CV

### CORA CANADY, Appellant

### V.

### CITY OF DALLAS, ET AL., Appellees

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-20-04652-E**

### ORDER

Before the Court is appellant's July 2, 2021 motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **July 16, 2021**.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE